■ In the Matter of JAMES K. EBY, on Behalf of MALORI R.L., Respondent, v JOSEPH E.S., Appellant. (Appeal No. 2.) [813 NYS2d 325]—Appeal from an order of the Family Court, Oswego County (David J. Roman, J.), entered March 16, 2005 in a proceeding pursuant to Family Court Act article 5. The order awarded petitioner attorney's fees in the amount of $2,500.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Same memorandum as in *Matter of Eby v Joseph E.S.* ([ap-

peal No. 1] 28 AD3d 1091 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Pine, JJ.